Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, THONGSY THANNAVONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>THONGSY THANNAVONG,<br><br>           Defendant.<br>_____ | CASE NO. 09-00047 LJO<br><br>STIPULATION AND ORDER<br>FOR IMMEDIATE RELEASE FROM CUSTODY<br>OF DEFENDANT THONGSY THONNAVONG |

The United States Attorney's Office, by and through Karen Escobar, Assistant United States Attorney and Defendant Thongsy Thonnavong, by and through her attorney Eric K. Fogderude, do hereby Stipulate that good cause exists for the immediate release from custody of defendant Thongsy Thonnavong as set forth hereinafter;

    1.  Defendant has experienced a family hardship with the unexpected death of her granddaughter Saturday, March 28, 2009 at Valley Children's Hospital. The funeral is to be scheduled for this weekend and the defendant wishes to be released to console her daughter, Sengsily Phoummany and other family members and she wishes to assist in the preparation of the funeral arrangements.

2. The United States Attorney's concerns of potential liens reflected in the preliminary title report against the real property being posted to comply with the full equity, $ 120,000, real property bond ordered by this court as a condition of release has now been sufficiently satisfied.  These liens consisted of a $ 40,000 lien for the purchase of the property in 2004 and two (2) child support liens recorded in Fresno County, one for a San Diego judgment and one for a Fresno judgment.  The $ 40,000 lien has been satisfied by the recording of a Full Reconveyance on February 27, 2009. The Fresno County has been satisfied by an Acknowledgment of Full Satisfaction of Judgment filed by the County of Fresno, Department of Child Services on March 11, 2004. Copies of these documents have been provided to the United States Attorney.  On March 30, 2009, the San Diego County, Department of Child Services has confirmed by telephone to attorney Eric K. Fogderude that they recorded a Full Satisfaction of their Judgment in Fresno County on November 3, 2004, document number 2004-0247438.  It will take approximately one to two weeks to secure an amended preliminary title report confirming all liens against real property have been released.

3. The United States Attorney confirms that it seized and possesses the U.S. government travel documents issued to defendant Thannavong and therefore, will not require the deposit of defendant's passport as it appears to be missing.

IT IS SO STIPULATED:

Dated: March 31, 2009            Respectfully submitted,
                                 FLETCHER & FOGDERUDE, INC.

                                 /s/ Eric K. Fogderude
                                 Eric K. Fogderude Attorney for
                                 Defendant, THONGSY THANNAVONG

Dated: March 31, 2009          United States Attorneys Office

/s/ Karen Escobar
_____
Karen Escobar, Assist. U.S. Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant, THONGSY THANNAVONG be immediately released from custody, subject to the terms and conditions of release set forth in the order dated February 12, 2009. The defendant is ordered to provide by April 23, 2009, a supplemental preliminary title report to the U.S. Attorney and Court confirming all liens have been removed from title against the real property to be posted as set forth in the release order.

IT IS SO ORDERED.

**Dated:   April 1, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE