```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
```

Attorney for Defendant, THONGSY THANNAVONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00047 LJO (002) |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| vs. ) | MODIFICATION OF CONDITION OF |
| ) | RELEASE OF HOME INCARCERATION TO |
| THONGSY THANNAVONG, ) | HOME DETENTION |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States Attorney's Office, by and through Karen Escobar, Assistant United States Attorney and Defendant THONGSY THANNAVONG, by and through her attorney Eric K. Fogderude, do hereby stipulate that good cause exists for the modification of THANNAVONG's pretrial release condition of home incarceration to home detention as set forth hereinafter:

    1.  Defendant is requesting a modification of her conditions of release to allow her to leave home for employment purposes, under the current conditions, she cannot leave her home unless it is for court purposes, drug testing/counseling, and medical needs or treatment.  Pretrial has no objections with the defendant going from home incarceration to home detention enforced by electronic monitoring as her adjustment to supervision has been very

---

**U.S. vs.  Thannavong**        **Stip. Proposed Order Modify Conditions**
Case No. 09-00047

satisfactory.

2. Defendant's ability to obtain employment will help her family avoid or mitigate the financial hardship they are presently experiencing.

Date: September 3, 2009     Respectfully submitted,
                            FLETCHER & FOGDERUDE, INC.

                             /s/ Eric K. Fogderude
                            Eric K. Fogderude
                            Attorney for Defendant,
                            THONGSY THANNAVONG

Date: September 3, 2009     United States Attorneys Office

                             /s/ Karen Escobar
                            Karen Escobar, Asst. US Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant, THONGSY THANNAVONG's conditions of release set forth in the Order dated February 12, 2009, be modified as follows:

Defendant shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system.  The defendant shall pay all or part of the costs of the program based upon her ability to pay as determined by the Pretrial Services Officer.

HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services;

medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

All other previously ordered conditions, not in conflict with this order, will remain in full force and effect.

IT IS SO ORDERED.

**Dated:   September 21, 2009**              /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE