Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant THONGSY THANNAVONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-00047 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING, |
| vs. | ) | AND ORDER THEREON |
| THONGSY THANNAVONG | ) | |
| Defendants. | ) | NEW DATE: 1/8/2010 |
| _____ | ) | TIME:     10:00 a.m. |
| | | JUDGE:    Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the Sentencing hearing in the above entitled matter now set previously set for December 4, 2009, may be continued to January 8, 2010 at 10:00 a.m.

Good cause exists for the continuance because defense counsel will be out of state on a prepaid vacation from December 4 - 20, 2009, and because additional time is needed to determine if the government will seek the defendant's future cooperation, and if so, that may favorably impact the defendant's sentencing.

///

1  The parties agree that time shall be excluded pursuant to 18
2  U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice
3  served by the continuance outweigh the best interest of the public
4  and the defendant in a speed trial, since the failure to grant
5  such a continuance would deny counsel for the defendant the
6  reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.

9  DATED: November 20, 2009      FLETCHER & FOGDERUDE, Inc.

           /s/ Eric K. Fogderude
11                                ERIC K. FOGDERUDE
                                  Attorney for Defendant,
12                                THONGSY THANNAVONG

14  Dated: November 20, 2009      United States Attorney

15                                /s/ Karen Escobar

16                                Karen Escobar
                                  Assistant US Attorney

**ORDER**

20  Time is excluded pursuant to 18 U.S.C.
21  § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the
22  court finds that the ends of justice served by the dely outweigh
23  the best interest of the public and the defendants in a speedy
24  trial. Therefore, the court grants the stipulation that the
25  sentencing hearing be continued to January 8, 2010 at 10:00 a.m.
26  IT IS SO ORDERED.
27  **Dated:   November 23, 2009**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE