BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00047 LJO |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| THONGSY THANNAVONG, | ) | |
| | ) | |
| Defendant. | ) | |

On August 28, 2009, defendant Thongsy Thannavong entered a guilty plea to Count One of the Indictment, which charges her with Conspiracy to Distribute and to Possess with Intent to Distribute 3,4-Methylenedioxymethamphetamine (MDMA) and Marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846.

As part of her plea agreement with the United States, defendant Thongsy Thannavong agreed to forfeit voluntarily and immediately $150,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846, to which she has pled guilty. See

Defendant Thannavong's Plea Agreement ¶ 3.(j).

Plaintiff hereby applies for entry of a money judgment as follows:

1.  Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Thongsy Thannavong in the amount of $150,000.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Thongsy Thannavong's conviction for violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846. (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the United States Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

DATED: January 6  ,2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

///

<u>O R D E R</u>

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Thongsy Thannavong in the amount of $150,000.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

**IT IS SO ORDERED.**

**Dated:    January 15, 2010**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE